UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

GERMAN SANCHEZ

                                  Plaintiff,

    **-v.-**

                                  Civil Action No.
                                  5:14-cv-452 (GLS/ATB)

ALDO BONACCHI, Sgt. Shield #6039,
Oswego Police Department

                                Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                     OF COUNSEL:

**FOR THE PLAINTIFF:**

GERMAN SANCHEZ
*Pro Se*
13-B-2112
Gowanda Correctional Facility
P.O. Box 311
Gowanda, New York

**FOR THE DEFENDANT:**

Bond, Schoeneck Law Firm         DOUGLAS M. MCRAE, ESQ.
130 East Second Street
Oswego, New York 13126


GARY L. SHARPE,
CHIEF JUDGE

# <u>ORDER</u>

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Andrew T. Baxter, duly filed April 23,

2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed[1], and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed April 23, 2014 (Dkt. No. 6) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that plaintiff's motion for an Order to Show Cause and TRO/Preliminary Injunction (Dkt. No. 2) is DENIED; and it is further

ORDERED that the Clerk provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: June 27, 2014
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
Chief Judge
U.S. District Court

---

[1] On May 12, 2014, the plaintiff filed a letter seeking an extension to obtain legal assistance from several of the legal aid offices or the appointment of counsel. (Dkt. No. 11). On May 20, 2014, the court issued an Order denying plaintiff's request for appointment of counsel at this juncture. Furthermore, the court granted the plaintiff an extension of time until June 20, 2014 to file any objections to the Report and Recommendation. Despite the passage of the due date, the plaintiff has not filed any objections to the Report and Recommendation.